IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK NOBLE JR. and
BRENDA D. NOBLE,

        Plaintiffs,

   v.

OCWEN LOAN SERVICING, LLC,

        Defendant.
_____/

No. CIV S-09-2168 MCE DAD PS

ORDER

        This matter came before the court on October 2, 2009 for hearing of defendant's motion to dismiss plaintiffs' complaint. Attorney Constance S. Trinh appeared telephonically for the defendant. The plaintiffs, proceeding pro se, appeared in propria persona.

        For the reasons stated in open court, IT IS ORDERED that:

        1. The hearing of defendant's August 25, 2009 motion to dismiss (Doc. No. 5) is continued to **November 6, 2009,** at 10:00 a.m. in Courtroom 27 before the undersigned;

        2. Plaintiffs' written opposition to defendant's motion shall be filed with the court and served on defendant's attorney of record on or before October 23, 2009;

        3. Defendant's reply to plaintiffs' opposition shall be filed and served on or before October 30, 2009; and

4. Plaintiffs' October 1, 2009 motion (Doc. No. 11) for continuance of the hearing to October 23, 2009 is denied.

DATED: October 6, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\noble2168.oah100209.con